UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation existing under
the laws of the United States,

        Plaintiff,

v.

                                      Case No. 2:11-cv-13325
                                      Hon. Marianne O. Battani
WELLINGTON INVESTMENTS, L.L.C., a        Magistrate Judge Mark A. Randon
Michigan limited liability company, and
MARK A. WHITE, a Michigan citizen,

        Defendants.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO
COMPEL DISCOVERY AND DEFENDANTS' MOTION TO COMPEL DISCOVERY**

       Plaintiff having filed a motion to compel discovery (ECF No. 19) and defendants having

filed a motion to compel discovery (ECF No. 17), the parties having filed response briefs in

opposition and replies in support of the respective motions (ECF Nos. 22, 26, 27 & 28), a

hearing having been held on June 14, 2012, and this Court being otherwise duly advised in the

premises;

       IT IS HEREBY ORDERED that plaintiff and defendants shall withdraw their objections

that the opposing party submitted more than twenty five interrogatories.  Plaintiff will answer

defendants' Interrogatory Nos. 16, 17, and 18.  Defendants shall withdraw their objections from

each and will answer plaintiff's requests that ask defendants to identify and/or describe

documents that support its answers (Interrogatory Nos. 3, 4, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22,

23, 24, and 25).   Finally, no more interrogatories are allowed by any party.

IT IS HEREBY FURTHER ORDERED that plaintiff shall supplement its answers to defendants' Interrogatory Nos. 2, 8, 9, and 13 by providing information known to the plaintiff.

IT IS HEREBY FURTHER ORDERED that plaintiff does not have to produce a copy of the appraisal requested in defendants' Document Request No. 4.  Plaintiff does have to respond to defendants' Interrogatory No. 6 by stating the purchase price.

IT IS HEREBY FURTHER ORDERED that defendants shall supplement answers to plaintiff's Interrogatory Nos. 12 through 25 by explaining the factual basis for their affirmative defenses.

IT IS HEREBY FURTHER ORDERED that defendants shall supplement answers to plaintiff's Interrogatory Nos. 8, 10 and 11 and Document Request Nos. 1 and 5.  At a minimum, defendants shall produce the management agreement, retainer agreement, and rent checks, to the extent the rent checks are in defendants' possession, custody or subject to its control.

IT IS HEREBY FURTHER ORDERED that defendants shall withdraw their objections to plaintiff's Document Request Nos. 3, 5, 8 and 9.

IT IS HEREBY FURTHER ORDERED that no costs or fees are awarded to either party.


s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: June 25, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 25, 2012, by electronic and/or ordinary mail.*


*<u>s/Melody Miles</u>*
*Case Manager*

Detroit_1197478_2

APPROVED AS TO FORM:

| | |
|---|---|
| BODMAN PLC | SULLIVAN WARD ASHER & PATTON, P.C. |
| /s/ Carl T. Rashid (P66064)_____ | /s/ Kevin S. Toll (P69611)_____ |
|     Dennis J. Levasseur (P39778) |     Sheri B. Cataldo (P39276) |
|     Carl T. Rashid (P66064) |     Kevin S. Toll (P69611) |
| 6th Floor at Ford Field | 25800 Northwestern Hwy, Suite 1000 |
| 1901 St. Antoine Street | Southfield, Michigan 48075 |
| Detroit, Michigan 48226 | scataldo@swappc.com |
| dlevasseur@bodmanlaw.com | ktoll@swappc.com |
| crashid@bodmanlaw.com | (248) 746-0700 |
| (313) 259-7777 | Attorneys for Defendants Wellington |
| Attorneys for Plaintiff Federal National | Investments, LLC and Mark A. White |
| Mortgage Association | |
| _____/ | |

Detroit_1197478_2